[No. 24166–4–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR JOEL ALONZO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–03639–6, Arthur E. Piehler, J., entered May 22, 1989. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Baker, J.

[No. 23158–8–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MEHARI WOLDU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–00455–9, John W. Riley, J., entered October 12, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster and Baker, JJ.

[No. 23677–6–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. YUL LAMONT BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–04164–1, Charles V. Johnson, J., entered February 8, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.